**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOSE ULISES SILVAS-RODRIGUEZ,

        Petitioner,

v.                                        CASE NO.  4:10cv373-RH/WCS

ATTORNEY GENERAL et al.,

        Respondents.

_____/


**<u>ORDER OF DISMISSAL</u>**


This case is before the court on the magistrate judge's report and
recommendation, ECF No. 7.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's
opinion.  The clerk must enter judgment stating, "This case is DISMISSED without
prejudice."  The clerk must close the file.

SO ORDERED on January 18, 2011.

                                      s/Robert L. Hinkle_____
                                      United States District Judge